UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

SYED MUHAMMAD ASIF,

Defendant.

**14M131**

REMOVAL TO THE
EASTERN DISTRICT OF
TEXAS

Fed. R. Crim. P. 5

EASTERN DISTRICT OF NEW YORK, SS:

Joel L. Dunn, being duly sworn, deposes and states that he is a Diversion Investigator with the Drug Enforcement Administration ("DEA"), duly appointed according to law and acting as such.

Upon information and belief, on or about December 11, 2013, a grand jury sitting in the Eastern District of Texas returned an indictment, charging the defendant SYED MUHAMMAD ASIF with conspiracy to manufacture, distribute, and dispense, and possess with intent to manufacture, distribute, and dispense a mixture or substance containing a detectable amount of Amphetamine, Methylphenidate, Oxycodone, Hydrocodone, Alprazolam, Diazepam, Phentermine, Eszolplicone, Clonazepam, and Zolpidem, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and money laundering, in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 1956(h). On or about December 12, 2013, an arrest warrant was issued by the United States District Court for the Eastern District of Texas, commanding the arrest of the defendant on these charges.

The source of your deponent's information and the grounds for his belief are as follows:

1. On or about December 11, 2013, a grand jury sitting in the Eastern District of Texas returned an indictment, charging the defendant SYED MUHAMMAD ASIF with conspiracy to manufacture, distribute, and dispense, and possess with intent to manufacture, distribute, and dispense a mixture or substance containing a detectable amount of Amphetamine, Methylphenidate, Oxycodone, Hydrocodone, Alprazolam, Diazepam, Phentermine, Eszolplicone, Clonazepam, and Zolpidem, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and money laundering, in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 1956(h). On or about December 12, 2013, an arrest warrant was issued by the United States District Court for the Eastern District of Texas, commanding the arrest of the defendant on these charges. Copies of the indictment and arrest warrant are attached hereto.

2. Pursuant to the arrest warrant out of the Eastern District of Texas, on or about February 8, 2014, Homeland Security Investigations ("HSI") agents determined that the defendant was scheduled to depart the United States from John F. Kennedy International Airport ("JFK") on February 11, 2014 at 10:40 a.m. on Emirates Airlines, flight 204.

3. On February 11, 2014, at approximately 9:30 a.m., HSI agents stopped an individual waiting to board Emirates Airlines, flight 204. HSI agents were able to identify the defendant using a photograph of the defendant provided by the DEA. When agents approached the defendant, he identified himself as SYED MUHAMMAD ASIF and provided agents with his United States Passport in the name of Syed Muhammad Asif. The individual photographed in the passport matched the individual standing before the agents.

Furthermore, the photograph in the passport matched the photograph provided to HSI agents by the DEA. The defendant also provided his New York State Driver's License to HSI agents, bearing the name Syed M. Asif, which contained the exact same photograph HSI agents were using to identify the defendant.

4. Agents also confirmed that the defendant's date of birth was the same as that of the individual sought in response to the arrest warrant originating in the Eastern District of Texas.

5. The defendant was placed under arrest and advised of his Miranda rights, which he waived, and agreed to speak with DEA agents. In sum and substance and in part, the defendant stated that he knew why he was arrested and that he was involved in receiving from overseas and shipping pharmaceutical controlled substances for several months in 2010. He indicated that he was paid approximately $2,000 per month for his role.

WHEREFORE, your deponent respectfully requests that the defendant SYED MUHAMMAD ASIF be dealt with according to law.

*[signature]*
JOEL L. DUNN
Diversion Investigator
Drug Enforcement Administration

Sworn to before me this
11th day of February, 2014

_____
THE HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK